UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| TIMITHA L. LANGE, | Civil No. C08-5247JKA |
|---|---|
| Plaintiff, | |
| vs. | ORDER FOR EXTENSION OF TIME |
| MICHAEL J. ASTRUE, Commissioner of Social Security, Defendant | |

Based upon the Stipulation between the parties it is hereby ORDERED that the Briefing Schedule shall be amended as follows:

- Defendant Response to Plaintiff's Opening Brief due on or before October 16, 2008;
- Plaintiff's Reply due on or before October 30, 2008.

DATED this 15th day of September, 2008.

*/s/ J. Kelley Arnold*

Page 1    ORDER - C08-5247JKA

UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ Daphne Banay
DAPHNE BANAY
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Seattle, WA  98104-7075
Phone:  206-615-2113
Fax:      206-615-2531
daphne.banay@ssa.gov