UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TIMITHA L. LANGE,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>    Defendant | Civil No. C08-5247JKA<br><br><br>ORDER FOR REMAND |

    Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings, including, but not limited to, the following actions: the administrative law judge (ALJ) will update the record regarding Plaintiff's impairments; the ALJ will further evaluate the opinions of Dr. Nakashima (Tr. 153-156, 413-414), Dr. Hilby (Tr. 196-203), Dr. Adams (Tr. 157-164, 165-168), Dr. Schneider (Tr. 241-245, 246-249, 373-376, 377-380, 383-385, 392-395), Dr. Kilpatrick (Tr. 250-253, 371-372, 386-389, 417-420, 498-499), and Dr. McBarron (Tr. 528-540); the ALJ

Page 1     ORDER - 3:08-CV-5247-JKA

will obtain medical expert testimony to assist in determining the severity of Plaintiff's impairments; the ALJ will reassess Plaintiff's residual functional capacity; the ALJ will reevaluate Plaintiff's subjective complaints; and, if necessary, the ALJ will obtain supplemental vocational expert testimony to assist in determining what jobs exist for Plaintiff given her age, education, vocational factors, and residual functional capacity.

This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).

DATED this 20th day of October, 2008.

*/s/ J. Kelley Arnold*
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ Daphne Banay
DAPHNE BANAY
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Seattle, WA 98104-7075
Phone: 206-615-2113
Fax: 206-615-2531
daphne.banay@ssa.gov