UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TIMITHA L. LANGE | Civil No. C08-5247JKA |
| Plaintiff, | |
| vs. | JUDGMENT |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant | |

IT IS ORDERED AND ADJUDGED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand, issued on October 20, 2008.

DATED this 20th day of October, 2008.

/s/ J. Kelley Arnold
UNITED STATES MAGISTRATE JUDGE

Page 1     JUDGMENT- [3:08-CV-5247-JKA]