IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| TIMITHA L. LANGE, | ) | Civil No. C08-5247JKA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER FOR |
| | ) | ATTORNEY FEES |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

Based on the stipulation of the parties it is hereby ORDERED, that attorney fees in the amount of $4,307.83, expenses in the amount of $55.24, for a total of $4,363.07, shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, and that costs in the amount of $400.00 should be awarded to Plaintiff pursuant to 28 U.S.C. § 1920. The check(s) shall be mailed to Plaintiff's attorney's office: Teal M. Parham, 910 12th Avenue - PO Box 757, Longview, WA 98632.

DATED this 16th day of January, 2009.


*/s/ J. Kelley Arnold*
UNITED STATES MAGISTRATE JUDGE

ORDER [C08-5247JKA] -1

Presented by:

s/TEAL M. PARHAM
Teal M. Parham WSB #21954
Attorney for Plaintiff
910 12th Avenue
Longview WA 98632
Telephone: (360) 423-3810
FAX: (360) 423-3812
tparham@mcleodusa.net

ORDER [C08-5247JKA] -2